1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH E. PATTON, Jr., ) | CIVIL NO. 2:07-CV-01822-KJM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Acting Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 14 days to respond to Plaintiff's motion for summary judgment, up to and including April 30, 2008. This request is due to an extremely heavy work load occasioned, in part, by staffing shortages in the Commissioner's regional office that have resulted in many case transfers. For the month of April, counsel for the Commissioner has been responsible for filings in 14 district court cases and settlement negotiations in a Ninth Circuit appeal.

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated April 17, 2008,

*/s/ Jonathan A. Hendricks*
_____
Jonathan A. Hendricks
(as authorized on April 17, 2008)
Attorney at Law

Attorney for Plaintiff

Dated April 17, 2008,

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  April 18, 2008.

_____
U.S. MAGISTRATE JUDGE